# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147810(60)

KENNETH A. COSTELLA,
      Plaintiff-Appellee,

v

                                   SC: 147810
                                   COA: 310276
                                   Wayne CC: 11-015152-AS

TAYLOR POLICE & FIRE RETIREMENT
SYSTEM,
      Defendant-Appellant,
and

CITY OF TAYLOR,
      Defendant-Appellee.
_____/

On order of the Court, the motion for reconsideration of this Court's February 5, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014


Clerk

d0825